```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20925
   JOHN M MCGRATH
   ALICIA J MCGRATH                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0494     SSN XXX-XX-0014


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/08/07 .

   2.  The case was dismissed without confirmation, 02/01/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
OPTION ONE MORTGAGE CO    CURRENT MORTG          .00           .00            .00
OPTION ONE MORTGAGE CO    MORTGAGE ARRE   NOT FILED            .00            .00
GINA'S MOTOR SPORTS       SECURED VEHIC          .00           .00            .00
ECAST SETTLEMENT CORPORA  SECURED                .00           .00            .00
WELLS FARGO FINANCIAL AC  SECURED VEHIC          .00           .00            .00
WILL COUNTY TREASURER     SECURED                .00           .00            .00
21 CENTURY UROLOGY        UNSECURED       NOT FILED            .00            .00
COMED                     UNSECURED       NOT FILED            .00            .00
DIANE WEWNDT LCPC         UNSECURED       NOT FILED            .00            .00
FAMILY MEDICAL CENTER     UNSECURED       NOT FILED            .00            .00
EXCELL LLC ST THERESE     UNSECURED       NOT FILED            .00            .00
EYE SPECIALIST CENTER     UNSECURED       NOT FILED            .00            .00
ERNESTO LANGUIDO MD       UNSECURED       NOT FILED            .00            .00
LITTLE COMPANY OF MARY H  UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
PALOS ANESTHESIA ASSOCS   UNSECURED       NOT FILED            .00            .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED            .00            .00
QUALITY HEALTHCARE        UNSECURED       NOT FILED            .00            .00
SAGETELE.COM              UNSECURED       NOT FILED            .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID

SCHEETZ CHIROPRACTIC      UNSECURED       NOT FILED            .00            .00
CCA                       UNSECURED       NOT FILED            .00            .00
US CELLULAR               UNSECURED       NOT FILED            .00            .00
WILL COUNTY CIRCUIT CT C  UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00           .00          .00           .00
PRINCIPAL PAID        .00         .00           .00          .00           .00
INTEREST PAID         .00         .00           .00          .00           .00
```

```
TOTAL PAID                        .00         .00         .00         .00         .00
The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3500.00
and was paid $   1000.00  direct and $       .00  through the plan.
```

The Trustee received $        .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
           CASE NO. 07 B 20925 JOHN M MCGRATH & ALICIA J MCGRATH